**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re | ) Chapter 11 |
| | ) Case No. 08-13141 (KJC) |
| TRIBUNE COMPANY, et al., | ) |
| | ) Jointly Administered |
| Debtors. | ) |
| | ) |
| | ) Case No.: 12-cv-128 (GMS) |
| | ) Case No.: 12-mc-108 (GMS |
| | ) Case No.: 12-cv-1072 (GMS) |
| | ) Case No.: 12-cv-1073 (GMS) |

**MOTION AND ORDER FOR ADMISSION PRO HAC VICE**

Pursuant to District Court Rule 83.5 counsel moves the court for pro hac vice admission of Bruce Bennett of Jones Day, to represent Angelo Gordon & Co., L.P. and Oaktree Capital Management, L.P.

/s/ M. Blake Cleary
M. Blake Cleary
YOUNG CONAWAY STARGATT & TAYLOR, LLP
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

**CERTIFICATION**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court. I further certify I am admitted, practicing, and a member in good standing of the Bar of California. Pursuant to Local Rule 83.6, I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with the Standing Order for District Court Fund effective July 23, 2009. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for the District Court.

/s/ Bruce Bennett
Bruce Bennett
Jones Day
555 South Flower Street, Fiftieth Floor
Los Angeles, CA 90071
Telephone: (213) 489-3939

## **ORDER GRANTING MOTION**

        IT IS HEREBY ORDERED that counsel's Motion for Admission Pro Hac Vice is granted.

Dated: September ____ , 2012

                                        Gregory M. Sleet
                                        United States District Court Judge