**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re<br><br>TRIBUNE COMPANY, et al.,<br><br>Debtors. | ) Chapter 11<br>) Case No. 08-13141 (KJC)<br>) Jointly Administered<br>)<br>) Case No.: 12-cv-128 (GMS)<br>) Case No.: 12-mc-108 (GMS)<br>) Case No.: 12-cv-1072 (GMS)<br>) Case No.: 12-cv-1073 (GMS) |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to District Court Rule 83.5 counsel moves the court for pro hac vice admission of James O. Johnston of Jones Day, to represent Angelo Gordon & Co., L.P. and Oaktree Capital Management, L.P.

/s/ M. Blake Cleary
M. Blake Cleary
YOUNG CONAWAY STARGATT & TAYLOR, LLP
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

## CERTIFICATION

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court. I further certify I am admitted, practicing, and a member in good standing of the Bar of California. Pursuant to Local Rule 83.6, I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with the Standing Order for District Court Fund effective July 23, 2009. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for the District Court.

/s/ James O. Johnston
James O. Johnston
Jones Day
555 South Flower Street, Fiftieth Floor
Los Angeles, CA 90071
Telephone:  (213) 489-3939

## **ORDER GRANTING MOTION**

        IT IS HEREBY ORDERED that counsel's Motion for Admission Pro Hac Vice is granted.

Dated: September \_\_\_\_ , 2012

                                      Gregory M. Sleet
                                      United States District Court Judge

## **EXHIBIT A**