IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> TRIBUNE COMPANY, *et al.*, <br><br> Debtors. | ) <br> ) <br> ) Chapter 11 <br> ) Bankruptcy Case No. 08-13141 (KJC) <br> ) Jointly Administered <br> ) <br> ) Civil Action No. 12-cv-128 (GMS) <br> ) Civil Action No. 12-mc-29 (GMS) <br> ) Civil Action No. 12-mc-108 (GMS) <br> ) Civil Action No. 12-cv-1072 (GMS) <br> ) Civil Action No. 12-cv-1073 (GMS) <br> ) Civil Action No. 12-cv-1100 (UNA) <br> ) Civil Action No. 12-cv-1106 (UNA) <br> (*other civil action numbers yet to be assigned*) |

**CERTIFICATE OF SERVICE**

I, J. Kate Stickles, hereby certify that, on September 7, 2012, I caused a copy of the Stipulation and Joint Proposed Briefing Schedule Between DCL Plan Proponents, Aurelius Capital Management, LP, Law Debenture Trust Company of New York, Deutsche Bank Trust Company Americas, Wilmington Trust Company, and EGI-TRB, LLC for Appeals of Bankruptcy Court Orders Relating to Plan Confirmation, to be served on the persons on the attached service list via First Class United States Mail, postage pre-paid, and electronic mail.

COLE, SCHOTZ, MEISEL,
FORMAN & LEONARD, P.A.

*/s/ J. Kate Stickles*
J. Kate Stickles (No. 2917)
500 Delaware Avenue, Suite 1410
Wilmington, Delaware 19801
Telephone: (302) 651-2001
Facsimile: (302) 652-3117

Counsel for Tribune Company, et al.,
Debtors and Debtors In Possession

| SERVICE LIST | |
|---|---|
| **Counsel/Address** | **Party** |
| Daniel Golden, Esquire<br>David Zensky, Esquire<br>Philip Dublin, Esquire<br>Deborah Newman, Esquire<br>Akin Gump Strauss Hauer & Feld LLP<br>One Bryant Park<br>New York, NY 10036-6745 | Counsel to Aurelius Capital Management, L.P. |
| William Bowden, Esquire<br>Amanda M. Winfree, Esquire<br>Leigh-Anne M. Raport, Esquire<br>Ashby & Geddes, P.A.<br>500 Delaware Avenue, 8th Floor<br>Wilmington, DE 19899 | Counsel to Aurelius Capital Management, L.P. |
| Robert J. Stark, Esquire<br>Martin S. Siegel, Esquire<br>Gordon Z. Novod, Esquire<br>Brown Rudnick LLP<br>Seven Times Square<br>New York, NY 10036 | Counsel to Wilmington Trust Company |
| William D. Sullivan, Esquire<br>Sullivan Hazeltine Allinson LLC<br>901 North Market St., Suite 1300<br>Wilmington, DE 19801 | Counsel to Wilmington Trust Company |
| David S. Rosner, Esquire<br>Sheron Korpus, Esquire<br>Christine A, Montenegro, Esquire<br>Matthew Stein, Esquire<br>Kasowitz, Benson, Torres & Friedman LLP<br>1633 Broadway<br>New York, NY 10019 | Counsel to Law Debenture Trust Company of New York |
| Garvan F. McDaniel, Esquire<br>Bifferato Gentilotti LLC<br>800 N. King Street, Plaza Level<br>Wilmington, DE 19801 | Counsel to Law Debenture Trust Company of New York |

| | |
|---|---|
| David Bradford, Esquire<br>Catherine Steege, Esquire<br>Andrew Vail, Esquire<br>Jenner & Block LLP<br>353 N. Clark Street<br>Chicago, IL 60654-3456 | Counsel for EGI-TRB LLC |
| David W. Carickoff, Esquire<br>Blank Rome LLP<br>1201 Market Street, Suite 800<br>Wilmington, DE 19801 | Counsel for EGI-TRB LLC |
| David Adler, Esquire<br>McCarter English<br>245 Park Avenue, 27th Floor<br>New York, NY 10167 | Counsel to Deutsche Bank Trust Company Americas |
| Katharine L. Mayer, Esquire<br>James J. Freebery, IV Esquire<br>McCarter English<br>Renaissance Centre<br>405 N. King Street, 8th Floor<br>Wilmington, DE 19801 | Counsel to Deutsche Bank Trust Company Americas |
| David M. LeMay, Esquire<br>Howard Seife, Esquire<br>Chadbourne & Parke LLP<br>30 Rockefeller Plaza<br>New York, NY 10012 | Counsel to Official Committee of Unsecured Creditors |
| Andrew N. Goldfarb, Esquire<br>Graeme W. Bush, Esquire<br>James Sottile, Esquire<br>Zuckerman Spaeder LLP<br>1800 M Street, NW, Ste 1000<br>Washington, D.C. 20036-5807 | Counsel to Official Committee of Unsecured Creditors |
| Adam Landis, Esquire<br>Matthew McGuire, Esquire<br>Landis Rath & Cobb LLP<br>919 Market Street, Suite 1800<br>Wilmington, DE 19801 | Counsel to Official Committee of Unsecured Creditors |

46429/0001-8828597v1

3

| | |
|---|---|
| Damian S. Schaible, Esquire<br>Donald S. Bernstein, Esquire<br>Eli Vonnegut, Esquire<br>Davis Polk & Wardwell LLP<br>450 Lexington Avenue<br>New York, NY 10017 | Counsel JPMorgan Chase Bank, N.A. |
| Mark D. Collins, Esquire<br>Robert J. Stearn, Jr., Esquire<br>Drew G. Sloan, Esquire<br>Richards, Layton & Finger, P.A.<br>One Rodney Square, 920 N. King Street<br>Wilmington, DE 19801 | Counsel JPMorgan Chase Bank, N.A. |
| Bruce Bennett, Esquire<br>James O. Johnston, Esquire<br>Joshua Mester, Esquire<br>Jones Day<br>555 South Flower Street, Fiftieth Floor<br>Los Angeles, CA 90071-1530 | Counsel to Oaktree Capital Management, L.P. and Angelo, Gordon & Co., L.P. |
| Robert S. Brady, Esquire<br>M. Blake Cleary, Esquire<br>Young Conaway Stargatt & Taylor, LLP<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>P.O. Box 391<br>Wilmington, DE 19899-0391 | Counsel to Oaktree Capital Management, L.P. and Angelo, Gordon & Co., L.P. |

46429/0001-8828597v1