## CERTIFICATE OF SERVICE

I, William A. Hazeltine, do hereby certify I am not less than 18 years of age and that on this 7th day of September 2012, I caused copies of the within *Opening Brief of Appellant, Wilmington Trust Company, as Successor Indenture Trustee for the PHONES Notes* to be served upon the parties on the attached service list in the manner indicated.

September 7, 2012                                                  /s/ William A. Hazeltine
Date                                                                          William A. Hazeltine

**HAND DELIVERY**
ASHBY & GEDDES, P.A.
William P. Bowden, Esq.
Amanda M. Winfree, Esq.
500 Delaware Avenue
P.O. Box 1150
Wilmington, DE 19899

**HAND DELIVERY**
McCARTER & ENGLISH, LLP
Katharine L. Mayer, Esq.
James J. Freebery IV, Esq.
Renaissance Centre
405 N. King Street
Wilmington, DE 19801

**HAND DELIVERY**
BIFFERATO GENTILOTTI LLC
Garvan F. McDaniel, Esq.
800 N. King Street, Plaza Level
Wilmington, Delaware 19801

**HAND DELIVERY**
BLANK ROME LLP
David W. Carickhoff, Esq.
1201 Market Street, Suite 800
Wilmington, DE 19801

**HAND DELIVERY**
COLE, SCHOTZ, MEISEL, FORMAN & LEONARD, P.A.
Norman L. Pernick, Esq.
J. Kate Stickles, Esq.
Patrick J. Reilley, Esq.
500 Delaware Avenue, Suite 1410
Wilmington, Delaware 19801

**HAND DELIVERY**
LANDIS RATH & COBB LLP
Adam G. Landis, Esq.
Daniel B. Rath, Esq.
Matthew B. McGuire, Esq.
919 Market Street, Suite 1800
Wilmington, Delaware 19801

**HAND DELIVERY**
RICHARDS LAYTON & FINGER, P.A.
Mark D. Collins, Esq.
Robert J. Stearn, Esq.
Drew G. Sloan, Esq.
One Rodney Square
920 N. King Street
Wilmington, DE 19801

**HAND DELIVERY**
YOUNG CONAWAY STARGATT & TAYLOR, LLP
Robert S. Brady, Esq.
M. Blake Cleay, Esq.
The Brandywine Building, 17th Floor
1000 West Street
P.O. Box 391
Wilmington, DE 19899

**HAND DELIVERY**
Office of the United States Trustee
David Klauder, Esq.
844 King Street, Room 2207
Lockbox #35
Wilmington, DE 19899