**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) ) ) ) | Chapter 11 |
| | ) | Bankruptcy Case No. 08-13141 (KJC) |
| TRIBUNE COMPANY, *et al.*, | ) ) | Jointly Administered |
| | ) ) | Civil Action No. 12-cv-128 (GMS) |
| Debtors. | ) | Civil Action No. 12-mc-29 (GMS) |
| | ) | Civil Action No. 12-mc-108 (GMS) |
| | ) | Civil Action No. 12-cv-1072 (GMS) |
| | ) | Civil Action No. 12-cv-1073 (GMS) |
| | ) | Civil Action No. 12-cv-1100 (UNA) |
| | ) | (*other civil action numbers yet to be assigned*) |

**MOTION AND ORDER FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Andrew W. Vail of the firm Jenner & Block LLP to represent EGI-TRB, LLC in the above-captioned cases.

Dated: September 10, 2012

**BLANK ROME LLP**

By: */s/ David W. Carickhoff*
David W. Carickhoff (DE No. 3715)
1201 Market Street, Suite 800
Wilmington, DE 19801
Telephone: (302) 425-6400
Facsimile: (302) 425-6464
Email: Carickhoff@blankrome.com

*Counsel to EGI-TRB, LLC*

**ORDER GRANTING MOTION**

*IT IS HEREBY ORDERED* that counsel's Motion for Admission *Pro Hac Vice* is granted.

Dated: September ____, 2012

_____
United States District Judge

135030.01600/40203198v.1

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the State of Illinois; the United States District Courts for the Northern and Central Districts of Illinois; the United States Court of Appeals for the First and Seventh Circuits; and the United States Supreme Court and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with the Standing Order for the District Court Fund effective 7/23/09, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for the District Court.

Date: September 10, 2012

Andrew W. Vail
Jenner & Block LLP
353 N. Clark Street
Chicago, IL 60654-3456
Telephone: (312) 840-8688
Facsimile: (312) 840-8788
Email: AVail@jenner.com

135030.01600/40203198v.1