**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) ) ) ) | Chapter 11 |
| | ) | Bankruptcy Case No. 08-13141 (KJC) |
| TRIBUNE COMPANY, *et al*., | ) ) | Jointly Administered |
| | ) | |
| | ) | Civil Action No. 12-cv-128 (GMS) |
| Debtors. | ) | Civil Action No. 12-mc-29 (GMS) |
| | ) | Civil Action No. 12-mc-108 (GMS) |
| | ) | Civil Action No. 12-cv-1072 (GMS) |
| | ) | Civil Action No. 12-cv-1073 (GMS) |
| | ) | Civil Action No. 12-cv-1100 (GMS) |
| | ) | (*other civil action numbers yet to be assigned*) |

**MOTION AND ORDER FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of David J. Bradford of the firm Jenner & Block LLP to represent EGI-TRB, LLC in the above-captioned cases.

Dated: September 13, 2012            **BLANK ROME LLP**

By: */s/ David W. Carickhoff*
David W. Carickhoff (DE No. 3715)
1201 Market Street, Suite 800
Wilmington, DE  19801
Telephone:  (302) 425-6400
Facsimile:  (302) 425-6464
Email:  Carickhoff@blankrome.com

*Counsel to EGI-TRB, LLC*

**ORDER GRANTING MOTION**

*IT IS HEREBY ORDERED* that counsel's Motion for Admission *Pro Hac Vice* is granted.

Dated:  September ____, 2012

_____
United States District Judge

135030.01600/40203200v.1

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the State of Illinois; the United States District Courts for the Northern District of Illinois, the Eastern District of Michigan and the Northern District of Indiana; the United States Court of Appeals for the Fifth, Sixth, Seventh, Ninth and Federal Circuits; the United States Court of Appeals for the District of Columbia; and the Illinois and United States Supreme Courts and, pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with the Standing Order for the District Court Fund effective 7/23/09, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for the District Court.

Date: September 13, 2012

David J. Bradford
Jenner & Block LLP
353 N. Clark Street
Chicago, IL 60654-3456
Telephone: (312) 923-2975
Facsimile: (312) 840-7375
Email: DBradford@jenner.com

135030.01600/40203200v.1