**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br>TRIBUNE COMPANY, *et al.*,<br>　　　　　　Debtors. | Chapter 11<br>Bankruptcy Case No. 08-13141 (KJC)<br>Jointly Administered |
| WILMINGTON TRUST COMPANY,<br>　　　　　　Appellant,<br>　　v.<br>TRIBUNE COMPANY, *et al.*,<br>　　　　　　Appellees. | Civil Action No. 12-128 GMS |
| WILMINGTON TRUST COMPANY,<br>　　　　　　Appellant,<br>　　v.<br>TRIBUNE COMPANY, *et al.*,<br>　　　　　　Appellees. | Misc. Action No. 12-108 GMS |
| WILMINGTON TRUST COMPANY,<br>　　　　　　Appellant,<br>　　v.<br>TRIBUNE COMPANY, *et al.*,<br>　　　　　　Appellees. | Civil Action No. 12-1106 GMS |

**CORPORATE DISCLOSURE STATEMENT OF
<u>APPELLANT WILMINGTON TRUST COMPANY</u>**

　　1.　　Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Appellant Wilmington Trust Company of New York ("Wilmington Trust"), by and through its undersigned counsel, make the following disclosure:

　　　　(a)　　Wilmington Trust Company is a trust company governed by the laws of the State of Delaware, with a principal place of business at 1100 North Market Street, Wilmington, DE;

1

  (b) Wilmington Trust Company is a wholly-owned subsidiary of Manufacturers & Traders Trust Company;

  (c) Manufacturers & Traders Trust Company is a wholly-owned subsidiary of Wilmington Trust Corporation;

  (d) Wilmington Trust Corporation continues to be a wholly-owned subsidiary of M&T Bank Corporation; and

  (e) There is no publicly held corporation owning 10% or more of M&T Bank Corporation's stock.

Date: September 25, 2012
   Wilmington, DE      SULLIVAN · HAZELTINE · ALLINSON LLC

             */s/ William D. Sullivan*
             William D. Sullivan (No. 2820)
             Seth S. Brostoff (No. 5312)
             901 North Market Street, Suite 1300
             Wilmington, DE 19801
             Tel: (302) 428-8191

             and

             BROWN RUDNICK LLP
             Robert J. Stark
             Martin S. Siegel
             Gordon Z. Novod
             Seven Times Square
             New York, NY 10036
             Telephone: (212) 209-4800

             *Counsel for Appellant, Wilmington Trust Company, as Successor Indenture Trustee for the PHONES Notes*