IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br>TRIBUNE COMPANY, *et al.*,<br>               Debtors. | Chapter 11<br>Bankr. Case No. 08-13141 (KJC)<br>Jointly Administered |
| WILMINGTON TRUST COMPANY,<br>               Appellant,<br>-against-<br>TRIBUNE COMPANY, *et al.*,<br>               Appellees. | Civil Action No. 12-128 (GMS) |
| WILMINGTON TRUST COMPANY,<br>               Appellant,<br>-against-<br>TRIBUNE COMPANY, ET AL.,<br>               Appellees. | Misc. Action No. 12-108 (GMS) |
| WILMINGTON TRUST COMPANY,<br>               Appellant,<br>-against-<br>TRIBUNE COMPANY, ET AL.,<br>               Appellees. | Civil Action No. 12-1106 (GMS) |

## CORPORATE DISCLOSURE STATEMENT OF: (1) APPELLEE LAW DEBENTURE TRUST COMPANY OF NEW YORK AND (2) APPELLEE DEUTSCHE BANK TRUST COMPANY AMERICAS

1. Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Law Debenture Trust Company of New York (**"Law Debenture"**), by and through its undersigned counsel, make the following disclosure:

    (a)    Law Debenture is a limited purpose trust company governed by the laws of the State of New York, with a principal place of business at 400 Madison Avenue, Suite 4D, New York, NY 10017.

1

(b) Law Debenture is a wholly-owned subsidiary of The Law Debenture Corporation plc; and

(c) The Law Debenture Corporation plc has no parent corporation, and no corporation owns 10% or more of Law Debenture plc's equity interests.

2. Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Deutsche Bank Trust Company Americas (**DBTCA**), by and through its undersigned counsel, make the following disclosure:

(a) DBTCA is a banking institution governed by the laws of the State of New York, with a principal place of business at 60 Wall Street, New York, NY.

(b) DBTCA is a wholly-owned subsidiary of Deutsche Bank Trust Corporation;

(c) Deutsche Bank Trust Corporation is a wholly-owned subsidiary of Taunus Corporation;

(d) Taunus Corporation is a wholly-owned subsidiary of Deutsche Bank AG; and

(e) No corporation directly or indirectly owns 10% or more of any class of Deutsche Bank AG's equity interests.

Dated: October 3, 2012

Respectfully submitted,

KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
    David S. Rosner
    Sheron Korpus
    Christine A. Montenegro
    Matthew B. Stein
    1633 Broadway
    New York, New York 10019
    212-506-1700

BIFFERATO GENTILOTTI LLC

    */s/ Garvan F. McDaniel*
Garvan F. McDaniel (I.D. No. 4167)
Mary E. Augustine
800 N. King Street, Plaza Level
Wilmington, Delaware 19801
302-429-1900

*Counsel for Appellee Law Debenture Trust Company of New York, solely in its capacity as successor Indenture Trustee for certain series of Senior Notes*

| | |
|---|---|
| McCARTER & ENGLISH, LLP | McCARTER & ENGLISH, LLP |
| David J. Adler | |
| 245 Park Avenue | /s/ Katharine L. Mayer |
| New York, New York 10167 | Katharine L. Mayer (I.D. No. 3758) |
| 212-609-6800 | Renaissance Centre |
| | 405 N. King Street |
| | Wilmington, Delaware 19801 |
| | 302-984-6300 |

*Counsel for Appellee Deutsche Bank Trust Company Americas, solely in its capacity as successor Indenture Trustee for certain series of Senior Notes*