IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br>TRIBUNE COMPANY, et al.,<br>    Debtors. | Chapter 11<br>Case No. 08-13141 (KJC)<br>Jointly Administered |
| AURELIUS CAPITAL MANAGEMENT, LP,<br>    Appellant,<br>v.<br>TRIBUNE COMPANY, et al.,<br>    Appellees. | Bankruptcy Appeals<br><br>Case No. 1:12-cv-1072 (GMS) |
| LAW DEBENTURE TRUST COMPANY OF NEW YORK AND DEUTSCHE BANK TRUST COMPANY AMERICAS,<br>    Appellants,<br>v.<br>TRIBUNE COMPANY, et al.,<br>    Appellees. | Case No. 1:12-cv-01073 (GMS) |
| WILMINGTON TRUST COMPANY,<br>    Appellant,<br>v.<br>TRIBUNE COMPANY, et al.,<br>    Appellees. | Case No. 1:12-cv-128 (GMS)<br>Case No. 1:12-mc-108 (GMS)<br>Case No. 1:12-cv-1106 (GMS) |
| EGI-TRB, LLC,<br>    Appellant,<br>v.<br>TRIBUNE COMPANY, et al.,<br>    Appellees. | Case No. 1:12-cv-01100 (GMS) |

**MOTION AND ORDER
FOR ADMISSION *PRO HAC VICE*** 

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Jeffrey C. Steen of Sidley Austin LLP to represent Tribune Company, et al., Debtors and Debtors in Possession, in the above-captioned cases.

[Signature on Next Page]

*[signature]*

Norman L. Pernick (No. 2290)
J. Kate Stickles (No. 2917)
COLE, SCHOTZ, MEISEL,
FORMAN & LEONARD, P.A.
500 Delaware Avenue, Suite 1410
Wilmington, Delaware 19801
Telephone: (302) 651-2001
Facsimile: (302) 652-3117

Dated: October 12, 2012

Counsel for Tribune Company, et al.,
Debtors and Debtors In Possession

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Dated: _____, 2012

_____
Gregory M. Sleet
United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Illinois and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ■ to the Clerk's Office upon the filing of this motion.

Dated: October 12, 2012

*[signature]*

Jeffrey C. Steen
SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, IL 60603
Telephone: (312) 853-7824
Telecopier: (312) 853-7036

2