IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re | ) ) | |
| | ) | Chapter 11 |
| TRIBUNE COMPANY, et al., | ) | Bankruptcy Case No. 08-13141 (KJC) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | Case No. 12-cv-128 GMS |
| | ) | Case No. 12-mc-108 GMS |
| | ) | Case No. 12-cv-1072 GMS |
| | ) | Case No. 12-cv-1073 GMS |
| | ) | Case No. 12-cv-1100 GMS |
| | ) | Case No. 12-cv-1106 GMS |
| | ) | |

## ORDER

WHEREAS, on September 7, 2012, the parties in the above-referenced appeals filed a

Stipulation and Joint Proposed Briefing Schedule (12-128, D.I. 29; 12-mc-29, D.I. 9; 12-mc-108,

D.I. 24; 12-1072, D.I. 25; 12-1073, D.I. 32; 12-1100, D.I. 8; 12-1106, D.I. 5) establishing a

modified briefing schedule and enlarging the page limitations provided for in Local Rule

7.1.3.(a)(4);

WHEREAS the parties have submitted their papers in accordance with that modified

briefing schedule; and

WHEREAS the court finds that leave to exceed the page limitations of Local Rule

7.1.3.(a)(4) is warranted by the complexity of these appeals;

IT IS HEREBY ORDERED THAT:

All motions for leave to file excess pages for briefs filed in accordance with the

Stipulation and Joint Proposed Briefing Schedule are GRANTED.

Dated: December 4, 2012

_____
CHIEF, UNITED STATES DISTRICT JUDGE