## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | |
| TRIBUNE COMPANY, *et al.*, | |
| Reorganized Debtors. | |
| | Chapter 11 |
| WILMINGTON TRUST COMPANY, *et al.*, | Bankruptcy Case No. 08-13141 (KJC) |
| Appellants, | Jointly Administered |
| v. | Case No. 12-cv-128 GMS |
| TRIBUNE COMPANY, *et al.*, | Case No. 12-mc-108 GMS |
| Appellees. | Case No. 12-cv-1072 GMS |
| | Case No. 12-cv-1073 GMS |
| | Case No. 12-cv-1100 GMS |
| | Case No. 12-cv-1106 GMS |
| | CONSOLIDATED APPEALS |

### CERTIFICATE OF SERVICE

I, J. Kate Stickles, hereby certify that, on January 18, 2013, I caused to be electronically filed the **Memorandum of Law in Support of Reorganized Debtors' Motion to Dismiss Appeals as Equitably Moot** (the "Memorandum") with the Clerk of Court using CM/ECF which will send notification of such filing to all parties on the attached list who are participants in CM/ECF in accordance with D. Del. L.R. 5.2. I further certify that I caused a copy of the Memorandum to be served via First Class Mail and email on the parties on the attached list.

_____
J. Kate Stickles

# SERVICE LIST

(* designates CM/ECF Participant)

| Counsel/Address | Party |
|---|---|
| David Zensky, Esquire<br>Deborah Newman, Esquire<br>Akin Gump Strauss Hauer & Feld LLP<br>One Bryant Park<br>New York, NY 10036-6745 | Counsel to Aurelius Capital Management, L.P. |
| William Bowden, Esquire*<br>Amanda Winfree Herrmann, Esquire*<br>Leigh-Anne M. Raport, Esquire*<br>Ashby & Geddes, P.A.<br>500 Delaware Avenue, 8th Floor<br>Wilmington, DE 19899 | Counsel to Aurelius Capital Management, L.P. |
| Robert J. Stark, Esquire<br>Martin S. Siegel, Esquire<br>Gordon Z. Novod, Esquire<br>Brown Rudnick LLP<br>Seven Times Square<br>New York, NY 10036 | Counsel to Wilmington Trust Company |
| William D. Sullivan, Esquire*<br>William A. Hazeltine, Esquire<br>Elihu Ezekiel Allinson, III, Esquire*<br>Sullivan, Hazeltine Allison LLC<br>901 North Market St., Suite 1300<br>Wilmington, DE 19801 | Counsel to Wilmington Trust Company |
| David S. Rosner, Esquire<br>Sheron Korpus, Esquire<br>Christine A, Montenegro, Esquire<br>Matthew Stein, Esquire<br>Kasowitz, Benson, Torres & Friedman LLP<br>1633 Broadway<br>New York, NY 10019 | Counsel to Law Debenture Trust Company of New York |

1 of 3

Garvan F. McDaniel, Esquire*
Mary E. Augustine, Esquire*
Bifferato Gentilotti LLC
800 N. King Street, Plaza Level
Wilmington, DE 19801

Counsel to Law Debenture Trust
Company of New York

David Bradford, Esquire
Catherine Steege, Esquire
Andrew Vail, Esquire
Jenner & Block LLP
353 N. Clark Street
Chicago, IL 60654-3456

Counsel for EGI-TRB LLC

David W. Carickhoff, Esquire*
Blank Rome LLP
1201 Market Street, Suite 800
Wilmington, DE 19801

Counsel for EGI-TRB LLC

David Adler, Esquire
McCarter English
245 Park Avenue, 27th Floor
New York, NY 10167

Counsel to Deutsche Bank Trust
Company Americas

Katharine L. Mayer, Esquire*
James J. Freebery, IV, Esquire*
McCarter English
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, DE 19801

Counsel to Deutsche Bank Trust
Company Americas

David M. LeMay, Esquire
Howard Seife, Esquire
Chadbourne & Parke LLP
30 Rockefeller Plaza
New York, NY 10012

Counsel to Official Committee of
Unsecured Creditors

Andrew N. Goldfarb, Esquire
Graeme W. Bush, Esquire
James Sottile, Esquire
Zuckerman Spaeder LLP
1800 M Street, NW, Ste 1000
Washington, D.C. 20036-5807

Counsel to Official Committee of
Unsecured Creditors

46429/0001-9188210v1

Adam G. Landis, Esquire*                    Counsel to Official Committee of
Matthew McGuire, Esquire*                   Unsecured Creditors
Landis Rath & Cobb LLP
919 Market Street, Suite 1800
Wilmington, DE 19801

Damian S. Schaible, Esquire                 Counsel JPMorgan Chase Bank, N.A.
Donald S. Bernstein, Esquire
Eli Vonnegut, Esquire
Davis Polk & Wardwell LLP
450 Lexington Avenue
New York, NY 10017

Mark D. Collins, Esquire*                   Counsel JPMorgan Chase Bank, N.A.
Robert J. Stearn, Jr., Esquire*
Drew G. Sloan, Esquire*
Richards, Layton & Finger, P.A.
One Rodney Square, 920 N. King Street
Wilmington, DE  19801

Bruce Bennett, Esquire                      Counsel to Oaktree Capital
James O. Johnston, Esquire                  Management, L.P. and Angelo,
Joshua Mester, Esquire                      Gordon & Co., L.P.
Jones Day
555 South Flower Street, Fiftieth Floor
Los Angeles, CA 90071-1530

Robert S. Brady, Esquire*                   Counsel to Oaktree Capital
M. Blake Cleary, Esquire*                   Management, L.P. and Angelo,
Young Conaway Stargatt & Taylor, LLP        Gordon & Co., L.P.
One Rodney Square
1000 N. King Street
Wilmington, DE  19801

46429/0001-9188210v1