IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br>TRIBUNE COMPANY, *et al.*,<br>    Reorganized Debtors. | |
| WILMINGTON TRUST COMPANY, *et al.*,<br>    Appellants,<br>v.<br>TRIBUNE COMPANY, *et al.*,<br>    Appellees. | Chapter 11<br>Bankruptcy Case No. 08-13141 (KJC)<br>Jointly Administered<br><br>Case No. 12-cv-128 GMS<br>Case No. 12-mc-108 GMS<br>Case No. 12-cv-1072 GMS<br>Case No. 12-cv-1073 GMS<br>Case No. 12-cv-1100 GMS<br>Case No. 12-cv-1106 GMS<br>CONSOLIDATED APPEALS |

**APPENDIX TO MEMORANDUM OF LAW IN SUPPORT OF REORGANIZED DEBTORS' MOTION TO DISMISS APPEALS AS EQUITABLY MOOT**

**VOLUME TWO OF THREE**

Filed January 18, 2013

SIDLEY AUSTIN LLP
James F. Conlan
Bryan Krakauer
Jeffrey C. Steen
One South Dearborn St.
Chicago, IL 60603
Telephone: (312) 853-0199
Telecopier: (312) 853-7036

SIDLEY AUSTIN LLP
James F. Bendernagel, Jr.
Ronald S. Flagg
1501 K St., N.W.
Washington, D.C. 20005
Telephone: (202) 736-8374
Telecopier: (202) 736-8711

COLE, SCHOTZ, MEISEL,
FORMAN & LEONARD, PA
Norman L. Pernick (No. 2290)
J. Kate Stickles (No. 2917)
500 Delaware Ave., Ste. 1410
Wilmington, DE 19801
Telephone: (302) 652-3131
Telecopier: (302) 652-3117

## INDEX

| Tab | Description | Date | Appendix Pages | Appendix Volume |
|---|---|---|---|---|
| 1. | Fourth Amended Joint Plan of Reorganization for Tribune Company and Its Subsidiaries Proposed by the Debtors, the Official Committee of Unsecured Creditors, Oaktree Capital Management, L.P., Angelo, Gordon & Co., L.P., and JPMorgan Chase Bank, N.A.("Fourth Amended DCL Plan") [D.I. 12072] (*excerpted*) | 7/19/2012 | A-1 to A-41 | Vol. 1 |
| 2. | Opinion on Confirmation ("2011 Confirmation Decision") [D.I. 10133] | 10/31/2011 | A-42 to A-167 | Vol. 1 |
| 3. | Order Denying Confirmation of Competing Plans [D.I. 10134] | 10/31/2011 | A-168 to A-169 | Vol. 1 |
| 4. | Memorandum on Reconsideration [D.I. 10531] | 12/29/2011 | A-170 to A-192 | Vol. 1 |
| 5. | Order Regarding Motions for Reconsideration of the Confirmation Opinion and Order [D.I. 10532] | 12/29/2011 | A-193 to A-195 | Vol. 1 |
| 6. | Memorandum Regarding Allocation Disputes [D.I. 11337] | 4/9/2012 | A-196 to A-245 | Vol. 1 |
| 7. | Order Regarding Allocation Disputes [D.I. 11338] | 4/9/2012 | A-246 to A-247 | Vol. 1 |
| 8. | Memorandum Overruling Objections to Confirmation of the Fourth Amended Plan of Reorganization for Tribune Company and Its Subsidiaries and Denying Clarification Motion [D.I. 12033] | 7/13/2012 | A-248 to A-282 | Vol. 1 |
| 9. | Order Overruling Plan Objections and Denying the Clarification Motion [D.I. 12034] | 7/13/2012 | A-283 to A-334 | Vol. 2 |
| 10. | Order Confirming Fourth Amended Joint Plan of Reorganization for Tribune Company and Its Subsidiaries Proposed by the Debtors, the Official Committee of Unsecured Creditors, Oaktree Capital Management, L.P., Angelo, Gordon & Co., L.P. and JPMorgan Chase Bank, N.A. ("Confirmation Order") [D.I. 12074] | 7/23/2012 | A-335 to A-336 | Vol. 2 |

| Tab | Description | Date | Appendix Pages | Appendix Volume |
|---|---|---|---|---|
| 11. | Motion for a Stay Pending Appeal Pursuant to Bankruptcy Rule 8005 filed by Aurelius Capital Management, LP (together with Trustees' motion, "Stay Motions") [D.I. 12080] | 7/23/2012 | A-337 to A-358 | Vol. 2 |
| 12. | Motion of Law Debenture Trust Company of New York and Deutsche Bank Trust Company Americas for Stay Pending Appeal of Confirmation Order (together with Aurelius motion, "Stay Motions") [D.I. 12085] | 7/23/2012 | A-359 to A-396 | Vol. 3 |
| 13. | Memorandum (i) Denying Certification for Immediate Appeal to the Third Circuit and (ii) Granting Stay Pending Appeal (Upon Posting of Bond) ("Stay Opinion") [D.I. 12319] | 8/22/2012 | A-397 to A-422 | Vol. 3 |
| 14. | Order (i) Denying Certification for Immediate Appeal to the Third Circuit and (ii) Granting Stay Pending Appeal (Upon Posting of Bond) ("Stay Order") [D.I. 12320] | 8/22/2012 | A-423 to A-424 | Vol. 3 |
| 15. | Emergency Motion for an Order (i) Extending Stay Issued by the Bankruptcy Court Pending a Hearing on this Motion, (ii) Modifying Bankruptcy Court Order Regarding Stay and Supersedeas Bond, (iii) Expediting Appeal, and (iv) Waiving Mediation filed by Aurelius Capital Management, LP [Case No. 12-cv-1072, D.I. 1] | 8/24/2012 | A-425 to A-434 | Vol. 3 |
| 16. | Emergency Motion of Appellants Law Debenture Trust Company of New York and Deutsche Bank Trust Company Americas for Modification of Bankruptcy's Stay Order [Case No. 12-cv-1073, D.I. 1] | 8/24/2012 | A-435 to A-437 | Vol. 3 |
| 17. | District Court Stay Order [Case No. 1:12-cv-1072, D.I. 11] | 8/27/2012 | A-438 to A-440 | Vol. 3 |
| 18. | Third Circuit Stay Order [Case No. 1:12-cv-1072, D.I. 34] | 9/10/2012 | A-441 to A-442 | Vol. 3 |

| Tab | Description | Date | Appendix Pages | Appendix Volume |
|---|---|---|---|---|
| 19. | Notice of (i) Effective Date of the Fourth Amended Joint Plan of Reorganization for Tribune Company and its Subsidiaries Proposed by the Debtors, the Official Committee of Unsecured Creditors, Oaktree Capital Management, L.P., Angelo, Gordon & Co., L.P., and JPMorgan Chase Bank, N.A. and (ii) Bar Date for Certain Claims [D.I. 12939] | 12/31/2012 | A-443 to A-446 | Vol. 3 |