IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>TRIBUNE COMPANY, *et al.*,<br><br>Reorganized Debtors. | Chapter 11<br>Case No. 08-13141 (KJC)<br>Jointly Administered |
| WILMINGTON TRUST COMPANY, *et al.*,<br><br>Appellants,<br>v.<br><br>TRIBUNE COMPANY, *et al.*,<br><br>Appellees. | Bankruptcy Appeal<br>Case No. 12-cv-128 (GMS)<br>Case No. 12-mc-108 (GMS)<br>Case No. 12-cv-1072 (GMS)<br>Case No. 12-cv-1073 (GMS)<br>Case No. 12-cv-1100 (GMS)<br>Case No. 12-cv-1106 (GMS)<br>CONSOLIDATED APPEALS |

## NOTICE OF SERVICE

**PLEASE TAKE NOTICE** that, on January 23, 2013, Aurelius Capital Management, LP, by and through its counsel, served the First Request for Production of Documents of Aurelius Capital Management, LP to Reorganized Debtors on the parties below via electronic mail:

Ronald S. Flagg
James F. Bendernagel, Jr.
SIDLEY AUSTIN LLP
1501 K Street, N.W.
Washington, DC 20005
rflagg@sidley.com
jbendernagel@sidley.com

[Signature Page to Follow]

{00716376;v1 }

January 31, 2013
Wilmington, DE

AKIN GUMP STRAUSS HAUER & FELD LLP
Daniel H. Golden
David M. Zensky
Philip C. Dublin
Deborah J. Newman
One Bryant Park
New York, NY  10036
(212) 872-1000

ASHBY & GEDDES, P.A.

William P. Bowden (I.D. No. 2553)
Amanda Winfree Herrmann (I.D. No. 4615)
Leigh-Anne M. Raport (I.D. No. 5055)
500 Delaware Avenue, P.O. Box 1150
Wilmington, DE  19899
(302) 654-1888

*Counsel for Aurelius Capital Management, LP*