# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br>TRIBUNE COMPANY., *et al.*,<br>    Reorganized Debtors. | Chapter 11<br>Bankr. Case. No. 08-13141 (KJC) |
| WILMINGTON TRUST COMPANY, *et al.*,<br><br>                        Appellants,<br>    v.<br>TRIBUNE COMPANY, *et al.*,<br>                        Appellees. | Case No. 12-cv-128 GMS<br>Case No. 12-cv-108 GMS<br>Case No. 12-cv-1072 GMS<br>Case No. 12-cv-1073 GMS<br>Case No. 12-cv-1100 GMS<br>Case No. 12-cv-1106 GMS<br>Consolidated Appeals |

## NOTICE OF SERVICE

Please take notice that, on January 25, 2013, Law Debenture Trust Company of New York, by and through its undersigned attorneys, served its *First Request for Production of Documents of Law Debenture Trust Company of New York to Reorganized Debtors* to the above-captioned Reorganized Debtors on the parties below via electronic mail:

SIDLEY AUSTIN LLP

James F. Conlan
Bryan Krakauer
Jeffrey C. Steen
Candice Kline
One South Dearborn Street
Chicago, IL 60603

James F. Bendernagel, Jr.
Ronald S. Flagg
Thomas E. Ross
1501 K Street, N.W.
Washington, D.C. 20005

COLE, SCHOTZ, MEISEL,
FORMAN & LEONARD, P.A.

Norman L. Pernick
J. Kate Stickles
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801

[Signature Page to Follow]

Dated: February 4, 2013
      Wilmington, Delaware

                                          Respectfully submitted,

| KASOWITZ, BENSON, TORRES & FRIEDMAN LLP | BIFFERATO GENTILOTTI LLC |
|---|---|
| |    /s/ *Garvan McDaniel* |
| David S. Rosner | Garvan F. McDaniel (I.D. No. 4167) |
| Sheron Korpus | 800 N. King Street, Plaza Level |
| Christine A. Montenegro | Wilmington, Delaware 19801 |
| Matthew B. Stein | 302-429-1900 |
| 1633 Broadway | |
| New York, New York 10019 | |
| 212-506-1700 | |

*Counsel for Law Debenture Trust Company of New York, solely in its capacity as successor Indenture Trustee for certain series of Senior Notes*