IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br>TRIBUNE COMPANY, *et al.*,<br>Reorganized Debtors. | |
| WILMINGTON TRUST COMPANY, *et al.*,<br><br>Appellants,<br><br>v.<br><br>TRIBUNE COMPANY, *et al.*,<br><br>Appellees. | Chapter 11<br>Bankruptcy Case No. 08-13141 (KJC)<br>Jointly Administered<br><br>Case No. 12-cv-128 GMS<br>Case No. 12-mc-108 GMS<br>Case No. 12-cv-1072 GMS<br>Case No. 12-cv-1073 GMS<br>Case No. 12-cv-1100 GMS<br>Case No. 12-cv-1106 GMS<br>CONSOLIDATED APPEALS |

**STIPULATION AND JOINT PROPOSED BRIEFING SCHEDULE
BETWEEN REORGANIZED DEBTORS, AURELIUS CAPITAL
MANAGEMENT, LP, LAW DEBENTURE TRUST COMPANY OF NEW
YORK, DEUTSCHE BANK TRUST COMPANY AMERICAS, WILMINGTON
TRUST COMPANY, AND EGI-TRB, LLC, FOR REORGANIZED DEBTORS'
<u>MOTION TO DISMISS APPEALS AS EQUITABLY MOOT</u>**

WHEREAS, on January 18, 2013, the Reorganized Debtors filed a motion, with a supporting memorandum and the declarations of two witnesses, to dismiss the above-captioned, consolidated appeals (the "<u>Motion to Dismiss</u>") (Docket Nos. 58-62);

WHEREAS, under the Federal Rules of Civil Procedure and the Local Rules of Civil Practice and Procedure of the United States District Court for the District of Delaware, responses to the Motion to Dismiss are due on February 4, 2013, and replies thereto are due on February 14, 2013;

WHEREAS, on January 23, 2013, and January 25, 2013, respectively, Aurelius Capital Management, LP ("Aurelius"), and Law Debenture Trust Company of New York ("Law Debenture") served discovery requests on the Reorganized Debtors relating to the Motion to Dismiss;

WHEREAS, the parties are working to resolve their differences with respect to these discovery requests without Court intervention;

WHEREAS, the parties respectfully submit that additional time is required for the remaining briefing on the Motion to Dismiss; and

WHEREAS, the Reorganized Debtors respectfully submit that allowing the filing of a consolidated reply best serves the interests of judicial economy;

**IT IS HEREBY STIPULATED AND PROPOSED,** by and between the Reorganized Debtors, Aurelius, Law Debenture, Deutsche Bank Trust Company Americas, Wilmington Trust Company, and EGI-TRB, LLC, and subject to the Court's approval, as follows:

- A. Responses, if any, to the Motion to Dismiss shall be filed no later than February 12, 2013.

- B. The Reorganized Debtors' reply shall be filed no later than February 26, 2013.

- C. The Reorganized Debtors shall file a consolidated reply brief to all responses that shall not exceed one half (1/2) of the combined pages of the responses.

Dated: Wilmington, DE
January 31, 2013

| | |
|---|---|
| COLE, SCHOTZ, MEISEL, FORMAN & LEONARD, P.A. | ASHBY & GEDDES, P.A. |
| By: /s/ J. Kate Stickles<br>Norman L. Pernick (I.D. No. 2290)<br>J. Kate Stickles (I.D. No. 2917)<br>Patrick J. Reilley (I.D. No. 4451)<br>500 Delaware Avenue, Suite 1410<br>Wilmington, DE 19801<br>(302) 652-3131<br><br>*Counsel for Reorganized Debtors* | By: /s/ Amanda Winfree Herrmann<br>William Bowden (I.D. No. 2553)<br>Amanda Winfree Herrmann (I.D. No. 4615)<br>500 Delaware Avenue, 8th Floor<br>Wilmington, DE 19899<br>(302) 654-1888<br><br>*Counsel for Aurelius Capital Management, LP* |
| BIFFERATO GENTILOTTI LLC | McCARTER & ENGLISH, LLP |
| By: /s/ Garvan F. McDaniel<br>Garvan F. McDaniel (I.D. No. 4167)<br>800 North King Street, Plaza Level<br>Wilmington, DE 19801<br>(302) 429-1900<br><br>*Counsel for Law Debenture Trust Company of New York, solely in its capacity as successor Indenture Trustee for certain series of Senior Notes* | By: /s/ Katharine L. Mayer<br>Katharine L. Mayer (I.D. No. 3758)<br>Renaissance Centre<br>405 North King Street, 8th Floor<br>Wilmington, DE 19801<br>(302) 984-6300<br><br>*Counsel for Deutsche Bank Trust Company Americas, solely in its capacity as successor Indenture Trustee for certain series of Senior Notes* |

3

DC1 3573724v.5 / 46429/0001-9224182v1

| SULLIVAN HAZELTINE ALLINSON LLC | BLANK ROME LLP |
|---|---|
| By:   */s/ William D. Sullivan*<br>    William D. Sullivan (I.D. No. 2820)<br>    901 North Market Street, Suite 1300<br>    Wilmington, DE 19801<br>    (302) 428-8191<br><br>    *Counsel for Wilmington Trust Company,*<br>    *solely in its capacity as successor Indenture*<br>    *Trustee for the PHONES Notes* | By:   */s/ David W. Carickhoff*<br>    David W. Carickhoff (I.D. No. 3715)<br>    1201 Market Street, Suite 800<br>    Wilmington, DE 19801<br>    (302) 425-6400<br><br>    *Counsel for EGI-TRB, LLC* |

**IT IS SO ORDERED.**

DATED:   Feb 4  , 2013
Wilmington, Delaware

_____
The Honorable Gregory M. Sleet
Chief, United States District Judge

4