IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>TRIBUNE COMPANY, *et al.*,<br><br>Debtors. | |
| WILMINGTON TRUST COMPANY, *et al.*,<br><br>Appellants,<br><br>v.<br><br>TRIBUNE COMPANY, *et al.*,<br><br>Appellees. | Chapter 11<br>Case No. 08-13141 (KJC)<br>(Jointly Administered)<br><br>Case No. 12-cv-128 GMS<br>Case No. 12-mc-108 GMS<br>Case No. 12-cv-1072 GMS<br>Case No. 12-cv-1073 GMS<br>Case No. 12-cv-1100 GMS<br>Case No. 12-cv-1106 GMS<br>CONSOLIDATED APPEALS |

## NOTICE OF WITHDRAWAL OF APPEARANCE

PLEASE TAKE NOTICE that Chadbourne & Parke LLP and Landis Rath & Cobb LLP hereby withdraw their appearances entered on behalf of The Official Committee of Unsecured Creditors of Tribune Company, et al. in the above-captioned cases.

PLEASE TAKE FURTHER NOTICE that the undersigned hereby requests to be removed from all service lists for these proceedings, including the Court's CM/ECF electronic notification list.

Dated: February 13, 2013
       Wilmington, Delaware

LANDIS RATH & COBB LLP

/s/

Adam G. Landis (No. 3407)
Matthew B. McGuire (No. 4366)
919 Market Street, Suite 1800
Wilmington, Delaware 19801
Telephone:   (302) 467-4400
Facsimile:    (302) 467-4450

- and -

{698.001-W0024784.}

Howard Seife
David M. LeMay
Douglas E. Deutsch
**CHADBOURNE & PARKE LLP**
30 Rockefeller Plaza
New York, New York 10112
Telephone:   (212) 408-5100
Facsimile:    (212) 541-5369

{698.001-W0024784.}