**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| | Bankr. Case. No. 08-13141 (KJC) |
| TRIBUNE COMPANY., *et al.*, | |
| Reorganized Debtors. | |
| | Consolidated Case No. 12-cv-128 GMS |
| WILMINGTON TRUST COMPANY, *et al.*, | Re: Docket Nos. 75, 77 |
| | Case No. 12-cv-128 GMS |
| Appellants, | Case No. 12-cv-108 GMS |
| v. | Case No. 12-cv-1072 GMS |
| | Case No. 12-cv-1073 GMS |
| TRIBUNE COMPANY, *et al.*, | Case No. 12-cv-1100 GMS |
| | Case No. 12-cv-1106 GMS |
| Appellees. | |

## CERTIFICATE OF SERVICE

I, Mary E. Augustine, hereby certify that on the 13th day of February, 2013, unredacted copies of the following documents: (i) *Response of Law Debenture Trust Company of New York and Deutsche Bank Trust Company Americas in Opposition to Reorganized Debtors' Motion to Dismiss Appeals as Equitably Moot* [Docket No. 75], and (ii) *Declaration of Matthew B. Stein in Support of Response of Law Debenture Trust Company of New York and Deutsche Bank Trust Company Americas in Opposition to Reorganized Debtors' Motion to Dismiss Appeals as Equitably Moot* [Docket No. 77] were served upon the following *via* electronic mail:

Ronald S. Flagg
James F. Bendernagel
Tom Ross
Sidley Austin LLP
1501 K Street, N.W.
Washington, DC 20005
jbendernagel@sidley.com
rflagg@sidley.com
tom.ross@sidley.com

2

BIFFERATO GENTILOTTI LLC

    /s/ *Mary E. Augustine*
Garvan F. McDaniel (I.D. No. 4167)
Mary E. Augustine (I.D. No. 4477)
800 N. King Street, Plaza Level
Wilmington, Delaware 19801
302-429-1900

*Counsel for Law Debenture Trust Company
of New York, solely in its capacity as
successor Indenture Trustee for certain
series of Senior Notes*